# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV09-06877-PA (MLG) | Date | April 15, 2010 |
|---|---|---|---|
| Title | Timothy Leatherby v. California Department of Corrections, | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| T. Steele | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause

This action was filed on September 22, 2009. On January 27, 2010, District Judge Percy Anderson issued an order directing Plaintiff to show cause why the action should not be dismissed for failure to serve the defendants. That OSC was dismissed after it was determined that the complaint did not allege subject matter jurisdiction.

On March 2, 2010, Plaintiff filed an amended complaint. A review of the docket reveals that the Defendants still have not been served with either the original or amended complaints.

Rule 4(m) of the Federal Rules of Civil Procedure provides that if service is not made within 120 days after the filing of the complaint, and the plaintiff can not show good cause why service was not made within that period, the action shall be dismissed without prejudice upon the court's own initiative with notice to the plaintiff. It has now been 204 days since the complaint was filed and it does not appear that service has been effected.

IT IS ORDERED that on or before April 28, 2010, Plaintiff shall show good cause in writing why this action should not be dismissed for failure to serve the Defendants within the required time period or shall demonstrate that service was effected upon the Defendants. If Plaintiff fails to respond to this order or effect service within the time specified, he will be deemed to have consented to a dismissal of this action for failure to effect service and failure to prosecute. The Court will not entertain a motion for service by the United States Marshal as there has been no showing of indigency under 28 U.S.C. § 1915 and because Plaintiff paid the full filing fee.

|  | : |
|---|---|
| Initials of Clerk | ts |