JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIMOTHY S. LEATHERBY,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>    Defendants. | Case No. CV 09-6877-PA (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed.

Dated: May 3, 2010

_____
Percy Anderson
United States District Judge